**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Central Florida Firearms, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Live Free Armory** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1545335** |

4. **Debtor's address**

**Principal place of business**

**2725 Kirby Circle
Building 1
Palm Bay, FL 32905**
Number, Street, City, State & ZIP Code

**Brevard**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.livefreearmory.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Central Florida Firearms, LLC**                                              Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3484__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **Central Florida Firearms, LLC**  Case number (*if known*) _____
_____
Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Central Florida Firearms, LLC**                                    Case number (*if known*) _____
       Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 26, 2025**
          MM / DD / YYYY

**X** **/s/ Colby Santaw**                              **Colby Santaw**
    Signature of authorized representative of debtor        Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Jeffrey S. Ainsworth**                      Date    **September 26, 2025**
    Signature of attorney for debtor                            MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone    **407 894 6834**        Email address    **jeff@bransonlaw.com**

**060769 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Central Florida Firearms, LLC**

United States Bankruptcy Court for the:      MIDDLE DISTRICT OF FLORIDA

Case number (if known)      _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 26, 2025**          X */s/ Colby Santaw*
_____        _____
                                 Signature of individual signing on behalf of debtor

                                 **Colby Santaw**
                                 _____
                                 Printed name

                                 **Managing Member**
                                 _____
                                 Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Central Florida Firearms, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alternatives For Industry<br>6720 28th Street Circle<br>Sarasota, FL 34243 | | Trade debt | | | | $250,782.65 |
| ATF<br>99 New York Avenue, NE<br>Excise Tax<br>Saint Louis, MO 63179-0353 | | Excise tax | | | | $432,000.00 |
| Brevard County Tax Collector<br>400 South Street<br>5th Floor<br>Titusville, FL 32780 | | Tangible Property Taxes | | | | $133,222.59 |
| Cadence Bank<br>201 S. Spring St<br>Tupelo, MS 38804 | | SBA Loan | | $4,224,852.20 | $2,971,150.16 | $1,253,702.04 |
| Check-Mate International<br>370 Wyandanch Avenue<br>West Babylon, NY 11704 | | Trade debt | | | | $124,303.12 |
| Earle M. Jorgensen Company<br>10650 Alameda Street<br>Lynwood, CA 90262 | | Default Final Judgment | | | | $182,928.83 |
| Elite Outdoor Sports<br>429 Road 6NS<br>Cody, WY 82414 | | Services | | | | $296,455.04 |
| Henry Repeating Arms<br>107 W Coleman Street<br>Rice Lake, WI 54868 | | Trade debt | | | | $141,088.88 |

Debtor **Central Florida Firearms, LLC**          Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Insight Global, LLC 1224 Hammond Drive, STE 1500 Atlanta, GA 30346 | | Trade debt | | | | $134,700.50 |
| Itria Ventures, LLC One Penn Plaza, Ste 4530 New York, NY 10119 | | MCA | **Unliquidated Disputed** | | | $727,866.71 |
| John Rodes Industrial Park LLC 626 Old Dixie Highway SW Vero Beach, FL 32962 | | Lease payments prior location | | | | $80,000.00 |
| Kirby Circle Warehouse Complex, LLC 626 Old Dixie Hwy SW Vero Beach, FL 32962 | | Commercial lease rent payments | | | | $119,602.21 |
| MMC Armory 476 N 1500 W Orem, UT 84057 | | Trade debt | | | | $138,206.41 |
| Navitas Credit Corp. 201 Executive Center Drive Ste 100 Columbia, SC 29210 | | Equipment loan | | $193,240.62 | $85,000.00 | $108,240.62 |
| Pedowitz Machinery Movers 1766 Expressway Drive North Hauppauge, NY 11788 | | Trade debt | | | | $63,500.00 |
| Rock Slide USA, LLC 303 N. Main Street Broadway, NC 27505 | | HAAS VF2; (11) Haas VF2SS; Haas DS30-Y Lathe; Citizen L20 V111 Swiss Lathe; Tsugami BS32-111 Swiss Lathe; Quincy Air Compressor; TY Miles Broach; Keye | | $2,200,000.00 | $1,387,000.00 | $813,000.00 |
| Rocket Capital 805 Las Cimas Pkwy Ste 350 Austin, TX 78746 | | MCA | **Unliquidated Disputed** | | | $919,621.00 |

Debtor **Central Florida Firearms, LLC**                                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rocket Capital 805 Las Cimas Pkwy Ste 350 Austin, TX 78746** | | **MCA** | **Unliquidated Disputed** | | | **$215,000.00** |
| **Royal Case Company, Inc PO Box 2027 Sherman, TX 75091** | | **Trade debt** | | | | **$80,565.89** |
| **U.S. Bank Equipment Finance a division of U.S. Bank U.S. Bank National Association 1310 Madrid Street Marshall, MN 56258** | | **Equipment loan** | | **$144,699.49** | **$70,000.00** | **$74,699.49** |

| Fill in this information to identify the case: |
| :--- |

Debtor name     **Central Florida Firearms, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| :--- | :--- |

1.   **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................ $     **5,171,457.23**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $     **5,171,457.23**

| Part 2: | Summary of Liabilities |
| :--- | :--- |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **7,705,802.04**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **565,222.59**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **4,443,708.28**

4.   **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b

$     **12,714,732.91**

**Fill in this information to identify the case:**

Debtor name    **Central Florida Firearms, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**        **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase** | **Checking Account** | **5638** | **$26,224.79** |
| 3.2. | **Truist** | **Checking Account** | **1498** | **$2,189.00** |
| 3.3. | **Truist** | **Checking Account** | **3387** | **$0.00** |
| 3.4. | **Truist** | **Checking Account** | **7032** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $28,413.79

**Part 2:**        **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Debtor    **Central Florida Firearms, LLC**                                    Case number *(If known)* _____
_____
          Name

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.   **Security deposit with FPL ($8,462.00)** _____          **$0.00**
             _____

      7.2.   **Commercial lease deposit with Kirby Circle ($46,764.75)** _____          **$0.00**
             _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                              **$0.00**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:         **441,054.00** - **165,845.25** = ....          **$275,208.75**
                                        face amount            doubtful or uncollectible accounts

      11b. Over 90 days old:            **294,964.00** - **248,139.00** = ....          **$46,825.00**
                                        face amount            doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                             **$322,033.75**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials**<br>**Raw materials** | | **$0.00** | | **$75,205.55** |

20.   **Work in progress**

Debtor    **Central Florida Firearms, LLC**                                    Case number *(If known)* _____
              Name

| 21. | **Finished goods, including goods held for resale** | | |
|---|---|---|---|
| 22. | **Other inventory or supplies** | | |
| | Gun components | $0.00 | $78,381.60 |
| | Tooling | $0.00 | $75,228.54 |

| 23. | **Total of Part 5.** | $228,815.69 |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

**24. Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Desks, chairs | $0.00 | | $16,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Computers, telephones and printers | $0.00 | | $20,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | $36,000.00 |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

| Debtor | **Central Florida Firearms, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2021 Ford F350**<br>**VIN#: 1FT8W3BTXMEC56424** | $0.00 | | $27,300.00 |
| 47.2.  **2021 Dodge Cargo Van**<br>**VIN#: 3C6LRVDG3ME524285** | $0.00 | | $9,500.00 |
| 47.3.  **2021 Dodge  Ram 1500**<br>**VIN#: 1C6RREBT1MN768801** | $0.00 | | $26,000.00 |
| 47.4.  **TWO (2) 2021 Harley Davidson**<br>**VIN#: 1HD1KRP25MB608857**<br>**VIN#: 1HD1KRP16LB672587** | $0.00 | | $39,000.00 |
| 47.5.  **2021 Harley Davidson**<br>**VIN#1HD1KTP14MB605825** | $0.00 | | $19,500.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**TWO (2) FANUC ROBODRILL D21LIB5**<br>**VERTICAL MACHINING CENTER** | $0.00 | | $50,000.00 |
| **THREE (3) FANUC ROBODRILLS D21LIB5**<br>**EACH WITH ADVANCED MODEL/ LONG-BED/**<br>**10,000 RPM SPINDLE WITH FANUC 31I-B5**<br>**CONTROL/ IHMI INTERFACE/ 10.5" SCREEN,**<br>**AI CONTOUR CONTROL I, FANUC DDR260I**<br>**DIRECT DRIVE LINEAR TABLES, RENISHAW**<br>**QUICK SET UP PKG** | $0.00 | | $75,000.00 |

Debtor   **Central Florida Firearms, LLC**          Case number *(If known)* _____
         <sub>Name</sub>

| | | |
|---|---|---|
| **THIRTEEN (13) FANUC ROBODRILLS D21LIB5 EACH WITH ADVANCED MODEL/ LONG-BED/ 10,000 RPM SPINDLE WITH FANUC 31I-B5 CONTROL/ IHMI INTERFACE/ 10.5" SCREEN, AI CONTOUR CONTROL I, FANUC DDR260I DIRECT DRIVE LINEAR TABLES, RENISHAW QUICK SET UP PKG (RMP400 & RTS) INCLUDES MACROS, M CODE, SKIP FUNCTION, PROBES TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED OR ATTACHED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES.** | **$0.00** | **$325,000.00** |
| **DOOSAN MODEL G35NC-7 FORKLIFT SERIAL NUMBER FGA17-1290-00343 AND ALL ACCESSORIES, ADDITIONS, OR MODIFICATIONS TO THE EQUIPMENT** | **$0.00** | **$26,000.00** |
| **NOMURA - NN32YB3 XB M80 - CNC SWISS TURNING CENTER 1- LNS - ALPHA 538 - BAR LOADER** | **$0.00** | **$130,000.00** |
| **OKUMA - GENOS L3000MYW-E X 400 - CNC LATHE** | **$0.00** | **$135,000.00** |
| **KUBOTA MX6000HSTC KBUL3CHCVM8G17552 4WD HST TRACTOR WCAB;KUBOTA LA1065A B9679 FRONT LOADER MX SERIES WO VAL;WR LONG VKKULA1065A-C UNDEFINED *3RD FUNCTION VALVE** | **$0.00** | **Unknown** |
| **VF2SS-YT w/ Robots Jarvis Serial No: 1183259 HAAS/Robot E#20732142 & #97697** | **$0.00** | **$80,000.00** |
| **Haas Vertical Machining Center, Model VF-2SS and Haas Rotary Table, Model HRT210** | **$0.00** | **$100,000.00** |
| **(22) Haas Vertical Machining Center, Model VF-2SS and Haas Rotary Table, Model HRT210** | **$0.00** | **$616,000.00** |
| **NOMURA CNC SWISS TURNING CENTER MACHINE NN20J3 M80** | **$0.00** | **$85,000.00** |
| **Nomura Swiss INV#10906362, INV#718460B-IN** | **$0.00** | **$85,000.00** |

Debtor    **Central Florida Firearms, LLC**                          Case number *(If known)* _____
          <sub>Name</sub>

**3D SCANNER CMM MEASUREMENT
CONTROLLER. 2) ONE (1) 3D SCANNER CMM
MEASUREMENT HEAD. 3) ONE (1) STANDARD
ACCESSORY PACKAGE (ENG). 4) ONE (1) VL
SUPPORT PACKAGE. 5) ONE (1)
MEASUREMENT STAND (500MM). 6) ONE (1)
CALIBRATION BOARD.7)ONE (1) LIGHT
BLOCKING CURTAIN FOR VL-750. 8) ONE (1)
CAD NVERSION MODULE.
9) THREE (3) STANDARD AC CABLE LC, LT,
LS, VH, VK, ETC.
EQUIPMENT LOCATION: 680 N JOHN RODES
BOULEVARD, BUILDING D MELBOURNE, FL
32934**                                                       $0.00                          $25,000.00

**CARDINAL 24XTS TABLE BLAST SYSTEM
TOGETHER WITH ALL REPLACEMENTS,
PARTS, REPAIRS, ADDITIONS, ACCESSIONS
AND ACCESSORIES**                                            $0.00                          $30,000.00

**FANUC D21LIB+10K-RD-F01 ROBODRILL
LONG BED WITH 10K BT30 STANDARD
TORQUE SPINDLE, RENISHAW RADIO TOOL
SETTER FOR MEASUREMENT & BREAK
DETECTION, RMP400 SPINDLE TOUCH
PROBE FOR DIB5, FANUC DDR-260IB HIGH
SPEED DIRECT DRIVE LINEAR ROTARY
TABLE, TOOLING, AND RENISHAW RTS,
RADIO TOOL SETTER FOR MEASUREMENT &
BREAK DETECTION FOR DIB5 ROBODRILLS**                        $0.00                          $70,000.00

**Hexagon Global S Green 575 CMM 2021**                      $0.00                          $48,750.00

**VF2SS-YT w/ Robots Frday Serial No: 1184268
HAAS/Robot #E2113710 & 97784**                               $0.00                          $80,000.00

**Doosan, DNM 5700 15K**                                     $0.00                          $35,000.00

**Doosan, DNM 5700 25K & ACO Air
Compressor**                                                 $0.00                          $50,700.00

**Hydemch, S20A Band Saw**                                   $0.00                           $9,750.00

**(6) Methods, C600iB Wire EDMS**                            $0.00                         $480,000.00

**Nakamura, AS-200 MY Lathe**                                $0.00                          $20,000.00

**(4) HAAS, VF4SS**                                          $0.00                         $180,000.00

**(5) CLC Laser, NI-100 50-Watt**                            $0.00                          $25,000.00

Debtor    **Central Florida Firearms, LLC**                                    Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| **Methods, HV-8000-F001** | $0.00 | $30,000.00 |
| **TY Miles, MBLD-10-36-60 Vertical Broach** | $0.00 | $20,000.00 |
| **Okuma, MB-4000H Pallet Changer** | $0.00 | $78,000.00 |
| **Okuma, L250IIE-EX 500 Lathe** | $0.00 | $37,000.00 |
| **Feeler, MV-800H** | $0.00 | $30,000.00 |
| **Okuma, Genos M460** | $0.00 | $91,000.00 |
| **HAAS VF2; (11) Haas VF2SS; Haas DS30-Y Lathe; Citizen L20 V111 Swiss Lathe; Tsugami BS32-111 Swiss Lathe; Quincy Air Compressor; TY Miles Broach; Keyence Scanner; Klutch Bandsaw; Cosen Bandsaw; Yale Forklift; Deburr Tumblers** | $0.00 | $1,387,000.00 |

51.    **Total of Part 8.**                                                                                    $4,555,500.00
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Commercial premises located at 2725 Kirby Circle NE, Bldg 1, Palm Bay, FL 32905** | **Lease** | $0.00 | | $0.00 |

Debtor    **Central Florida Firearms, LLC**                    Case number *(If known)* _____
_____
Name

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | |
|---|---|
| | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **www.livefreearmory.com** | $0.00 | | $694.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **MasterCam programs, Apollo 11, Falcon, Slides** | $0.00 | | Unknown |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $694.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Central Florida Firearms, LLC**
Name

Case number *(If known)*

Debtor    **Central Florida Firearms, LLC**       Case number *(If known)* _____
      Name

| **Part 12:** | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $28,413.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $322,033.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $228,815.69 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $36,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,555,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $694.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,171,457.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,171,457.23 |

**Fill in this information to identify the case:**

Debtor name    **Central Florida Firearms, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

---

**2.1**   **Ally Financial**
Creditor's Name

**PO Box 130424
Saint Paul, MN 55113-0004**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
8/9/2021**
**Last 4 digits of account number
4948**
**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2021 Ford F350
VIN#: 1FT8W3BTXMEC56424**

**Describe the lien**
**PMSI**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$54,600.00**   **$27,300.00**

---

**2.2**   **Ally Financial**
Creditor's Name

**PO Box 130424
Saint Paul, MN 55113**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
6/3/2021**
**Last 4 digits of account number
4889**
**Do multiple creditors have an
interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2021 Dodge  Ram 1500
VIN#: 1C6RREBT1MN768801**

**Describe the lien**
**PMSI**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$12,169.80**   **$26,000.00**

---

Debtor **Central Florida Firearms, LLC**
Name                                    Case number (if known) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $9,103.29 | $9,500.00 |
|-----|---|---|---|---|

Creditor's Name

**PO Box 130424**
**Saint Paul, MN 55113-0004**
Creditor's mailing address

**2021 Dodge Cargo Van**
**VIN#: 3C6LRVDG3ME524285**

**Describe the lien**
**PMSI**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**3/8/2021**
**Last 4 digits of account number**
**5114**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Amur Equipment Finance** | **Describe debtor's property that is subject to a lien** | $150,152.04 | $200,000.00 |
|-----|---|---|---|---|

Creditor's Name

**304 W 3rd Street**
**PO Box 2555**
**Grand Island, NE 68801**
Creditor's mailing address

**LU-3000-EX-2SC/600; Velocity-Static Tool Kit**
**Genos L400II-e X 500**

**Describe the lien**
**PMSI**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**7/20/2022**
**Last 4 digits of account number**
**0490**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Cadence Bank** | **Describe debtor's property that is subject to a lien** | $4,224,852.20 | $2,971,150.16 |
|-----|---|---|---|---|

Creditor's Name

**201 S. Spring St**
**Tupelo, MS 38804**
Creditor's mailing address

**Blanket Lien**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No

---

Debtor    **Central Florida Firearms, LLC**                                    Case number (if known) _____
      Name

Creditor's email address, if known          ☐ Yes
_____                   **Is anyone else liable on this claim?**

**Date debt was incurred**                  ☐ No
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?**            Check all that apply
☑ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.6 | **CNC Associates** | Describe debtor's property that is subject to a lien | $31,556.61 | $0.00 |

Creditor's Name                             **HAAS #25 Serial No. 1200871**

**2900 Challenger Place**
**Oxnard, CA 93030**

Creditor's mailing address                  **Describe the lien**
                                            **PMSI**
                                            **Is the creditor an insider or related party?**
_____                   ☑ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ☐ No
                                            ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?**            Check all that apply
☑ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.7 | **CNC Associates** | Describe debtor's property that is subject to a lien | $36,936.64 | $0.00 |

Creditor's Name                             **HAAS #26 Serial No. 1200870**

**2900 Challenger Place**
**Oxnard, CA 93030**

Creditor's mailing address                  **Describe the lien**
                                            **PMSI**
                                            **Is the creditor an insider or related party?**
                                            ☑ No
_____                   ☐ Yes
Creditor's email address, if known          **Is anyone else liable on this claim?**
                                            ☑ No
**Date debt was incurred**                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?**            Check all that apply
☑ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.8 | **Kubota Credit Corporation** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Debtor **Central Florida Firearms, LLC**
_____
Name

Case number (if known) _____

| Creditor's Name | |
|---|---|
| | **KUBOTA MX6000HSTC KBUL3CHCVM8G17552 4WD HST TRACTOR WCAB;KUBOTA LA1065A B9679 FRONT LOADER MX SERIES WO VAL;WR LONG VKKULA1065A-C UNDEFINED *3RD FUNCTION VALVE** |

**U.S.A.**
**PO Box 2046**
**Grapevine, TX 76099**
Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred
**12/10/2021**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Last 4 digits of account number
**2842**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Machinery Finance Resources** | Describe debtor's property that is subject to a lien | $45,802.57 | $80,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **VF2SS-YT w/ Robots Jarvis Serial No: 1183259 HAAS/Robot E#20732142 & #97697** | | |

**651 Day Hill Road**
**Windsor, CT 06095**
Creditor's mailing address

Describe the lien
**PMSI**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred
**12/10/2021**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Last 4 digits of account number
**4710**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Machinery Finance Resources** | Describe debtor's property that is subject to a lien | $86,856.64 | $80,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **VF2SS-YT w/ Robots Frday Serial No: 1184268 HAAS/Robot #E2113710 & 97784** | | |

**651 Day Hill Road**
**Windsor, CT 06095**
Creditor's mailing address

Describe the lien
**PMSI**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

---

Debtor  **Central Florida Firearms, LLC**
_____  Case number (if known) _____
Name

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Med One Capital Funding LLC** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**3D SCANNER CMM MEASUREMENT CONTROLLER. 2) ONE (1) 3D SCANNER CMM MEASUREMENT HEAD. 3) ONE (1) STANDARD ACCESSORY PACKAGE (ENG). 4) ONE (1) VL SUPPORT PACKAGE. 5) ONE (1) MEASUREMENT STAND (500MM). 6) ONE (1) CALIBRATION BOARD.7)ONE (1) LIGH**

$53,875.31     $25,000.00

**10712 S. 1300 E.
Sandy, UT 84094**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2/1/2024**

**Last 4 digits of account number**
**3299**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Mitsubishi** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**NOMURA - NN32YB3 XB M80 - CNC SWISS TURNING CENTER 1- LNS - ALPHA 538 - BAR LOADER**

$118,222.73     $130,000.00

**1 Pierce Place #1100
Itasca, IL 60143**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**11/15/2021**

**Last 4 digits of account number**
**9176**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Central Florida Firearms, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Mitsubishi** | Describe debtor's property that is subject to a lien | $134,192.00 | $135,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 Pierce Place #1100
Itasca, IL 60143**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
11/15/2021**

**Last 4 digits of account number
2054**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**OKUMA - GENOS L3000MYW-E X 400 - CNC LATHE**

**Describe the lien**
**PMSI**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Mitsubishi** | Describe debtor's property that is subject to a lien | $111,222.73 | $85,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 Pierce Place #1100
Itasca, IL 60143**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
8/10/2023**

**Last 4 digits of account number
3000**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**NOMURA CNC SWISS TURNING CENTER MACHINE NN20J3 M80**

**Describe the lien**
**PMSI**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Mitsubishi** | Describe debtor's property that is subject to a lien | $19,113.98 | $75,000.00 |
|---|---|---|---|---|

Debtor    **Central Florida Firearms, LLC**

Case number (if known) _____

Name

| Creditor's Name | THREE (3) FANUC ROBODRILLS D21LIB5 EACH WITH ADVANCED MODEL/ LONG-BED/ 10,000 RPM SPINDLE WITH FANUC 31I-B5 CONTROL/ IHMI INTERFACE/ 10.5" SCREEN, AI CONTOUR CONTROL I, FANUC DDR260I DIRECT DRIVE LINEAR TABLES, RENISHAW QUICK SET UP PKG |
|---|---|

**1 Pierce Place #1100**
**Itasca, IL 60143**

Creditor's mailing address

**Describe the lien**
**PMSI**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2540**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 6 | **Navitas Credit Corp.** | Describe debtor's property that is subject to a lien | $193,240.62 | $85,000.00 |
|---|---|---|---|---|

Creditor's Name

**201 Executive Center Drive Ste 100**
**Columbia, SC 29210**

**Nomura Swiss INV#10906362, INV#718460B-IN**

Creditor's mailing address

**Describe the lien**
**UCC-1**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**8/22/2023**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3000**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 7 | **Rock Slide USA, LLC** | Describe debtor's property that is subject to a lien | $2,200,000.00 | $1,387,000.00 |
|---|---|---|---|---|

Creditor's Name

**HAAS VF2; (11) Haas VF2SS; Haas DS30-Y Lathe; Citizen L20 V111 Swiss Lathe; Tsugami BS32-111 Swiss Lathe; Quincy Air Compressor; TY Miles Broach; Keyence Scanner; Klutch Bandsaw; Cosen Bandsaw; Yale Forklift; Deburr Tumblers**

**303 N. Main Street**
**Broadway, NC 27505**

Creditor's mailing address

**Describe the lien**

---

Debtor    **Central Florida Firearms, LLC**          Case number (if known) _____
          Name

| | |
|---|---|
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **4/2/2024** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.18 | **U.S. Bank Equipment Finance** | Describe debtor's property that is subject to a lien | $29,068.00 | $50,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | |
| **a division of U.S. Bank U.S. Bank National Association 1310 Madrid Street Marshall, MN 56258** | **TWO (2) FANUC ROBODRILL D21LIB5 VERTICAL MACHINING CENTER** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **UCC-1** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| **1/30/2020** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6000** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.19 | **U.S. Bank Equipment Finance** | Describe debtor's property that is subject to a lien | $50,137.39 | $30,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | |
| **a division of U.S. Bank U.S. Bank National Association 1310 Madrid Street Marshall, MN 56258** | **CARDINAL 24XTS TABLE BLAST SYSTEM TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **UCC-1** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| **2/14/2024** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **4534** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |

Debtor  **Central Florida Firearms, LLC**
_____  Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **U.S. Bank Equipment Finance** | | $144,699.49 | $70,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**FANUC D21LIB+10K-RD-F01 ROBODRILL LONG BED WITH 10K BT30 STANDARD TORQUE SPINDLE, RENISHAW RADIO TOOL SETTER FOR MEASUREMENT & BREAK DETECTION, RMP400 SPINDLE TOUCH PROBE FOR DIB5, FANUC DDR-260IB HIGH SPEED DIRECT DRIVE LINEAR ROTARY TABLE**

**a division of U.S. Bank U.S. Bank National Association**
**1310 Madrid Street**
**Marshall, MN 56258**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2/28/2024**
**Last 4 digits of account number**
**3051**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $7,705,802.04

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name    **Central Florida Firearms, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**ATF**<br>**99 New York Avenue, NE**<br>**Excise Tax**<br>**Saint Louis, MO 63179-0353** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$432,000.00** | **$432,000.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**12/31/2023** | Basis for the claim:<br>**Excise tax** |  |  |
|  | Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address<br>**Brevard County Tax Collector**<br>**400 South Street**<br>**5th Floor**<br>**Titusville, FL 32780** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$133,222.59** | **$133,222.59** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Tangible Property Taxes** |  |  |
|  | Last 4 digits of account number **6000**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **Central Florida Firearms, LLC**        Case number *(if known)* _____

Name

---

**3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,674.50**

**Acclaim Aerospace LLC**
**95A Freaman Graham Blvd**
**Eastman, GA 31023-8002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Admiral Metals**
**11 Forbes Road**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1400**

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00**

**AFCO Products Inc.**
**1030 Commerce Drive**
**Lake Zurich, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **5655**

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,349.37**

**Air Centers of Florida**
**PO Box 919940**
**Orlando, FL 32891-9940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3309**

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88.87**

**AIRGAS USA, LLC**
**200 Willeke Lane**
**Cocoa, FL 32926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **6571**

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,782.65**

**Alternatives For Industry**
**6720 28th Street Circle**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4058**

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,814.35**

**American  Express**
**P.O. Box 918537**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Last 4 digits of account number  **3007**

**Basis for the claim:**  **Credit card charges**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Central Florida Firearms, LLC**
_____
Name                                         Case number (if known) _____

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,164.24 |

**American Tactical Arms LLC**
**301 W Silver Star Road**
**Ocoee, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,339.39 |

**Anchor Harvey Components**
**600 West Lamm Road**
**Freeport, IL 61032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **4432**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,259.46 |

**Angry Bear Arms**
**PO Box 1182**
**Salem, MO 65560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,560.00 |

**AO Precision**
**Manufacturing LLC**
**1870 Mason Ave.**
**Daytona Beach, FL 32117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.00 |

**ASAP Onsite Septic & Sewer**
**2715 Garden Street**
**Malabar, FL 32950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,981.42 |

**Azure Micro Dynamics, Inc.**
**19652 Descartes**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,138.35 |

**Blast & Wash Systems**
**9401 State Route 21**
**Wayland, NY 14572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Central Florida Firearms, LLC**                              Case number (if known) _____
_____
          Name

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,908.75 |
|------|--------|--------|--------|

**Braddock**
**400 Fentress Blvd.**
**Daytona Beach, FL 32114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,790.48 |
|------|--------|--------|--------|

**Bucci Industries**
**9332 Forsyth Park Drive**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,975.00 |
|------|--------|--------|--------|

**Camtech Engineering Services**
**5954 Rocko Road**
**Port Orange, FL 32127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $913.00 |
|------|--------|--------|--------|

**Cardinal Parts &**
**Equipment LLC**
**900 S Hamilton Street**
**Sheridan, IN 46069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,782.75 |
|------|--------|--------|--------|

**Carr Riggs & Ingram**
**7506 Lynx Way STE 201**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,801.61 |
|------|--------|--------|--------|

**Charles A Von Stein, Inc**
**626 Old Dixie Highway SW**
**Vero Beach, FL 32962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124,303.12 |
|------|--------|--------|--------|

**Check-Mate International**
**370 Wyandanch Avenue**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Central Florida Firearms, LLC**                                  Case number (if known) _____
         Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Clenzoil Unlimited LLC**
PO Box 1015
Dade City, FL 33526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,241.00 |
|---|---|---|---|

**CMM Calibration & Services**
3419 Lonergan Drive
Rockford, IL 61109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,449.80 |
|---|---|---|---|

**Coastal Mechanical Services**
394 East Drive
Melbourne, FL 32904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

Basis for the claim:  **Services**

Last 4 digits of account number  **570**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,451.76 |
|---|---|---|---|

**Creative Network Innovations**
4865 N Wickham Road, STE 102
Melbourne, FL 32940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,165.39 |
|---|---|---|---|

**Duke Energy**
585 S Tyron Street
Charlotte, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3452**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182,928.83 |
|---|---|---|---|

**Earle M. Jorgensen Company**
10650 Alameda Street
Lynwood, CA 90262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/5/2025**

Basis for the claim:  **Default Final Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,539.06 |
|---|---|---|---|

**ECi Software Solutions, Inc.**
14800 Frye Road, 2nd Floor
Fort Worth, TX 76155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3728**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Central Florida Firearms, LLC**       Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$18,534.00** |
| | **Electrodes, Inc**<br>**13274 92nd Street North**<br>**STE. 202A**<br>**Largo, FL 33773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ |
| | Last 4 digits of account number __1742__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$296,455.04** |
| | **Elite Outdoor Sports**<br>**429 Road 6NS**<br>**Cody, WY 82414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __2024 -2025__ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$17,034.08** |
| | **Fastenal**<br>**PO BOX 1286**<br>**Winona, MN 55987** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ |
| | Last 4 digits of account number __1818__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$3,880.00** |
| | **FCBI**<br>**100 Rialto Place, STE 900**<br>**Melbourne, FL 32901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ |
| | Last 4 digits of account number __2022__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$2,990.70** |
| | **Florida Forklift**<br>**PO BOX 76054**<br>**Tampa, FL 33675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ |
| | Last 4 digits of account number __8631__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$18,140.00** |
| | **Fortune Cookie Park, Inc.**<br>**One Pierce Place Ste 725W**<br>**Itasca, IL 60143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __3/31/2025__ | **Basis for the claim:** __Rent__ |
| | Last 4 digits of account number __7813__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$11,179.38** |
| | **FREEMAN**<br>**1600 Viceroy Drive, STE 100**<br>**Dallas, TX 75235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ |
| | Last 4 digits of account number __7606__ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **Central Florida Firearms, LLC**
Name

Case number (if known)

| | |
|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Freightquote.com**<br>**901 West Carondelet Drive**<br>**Kansas City, MO 64114**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **2273** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$3,943.25**

| | |
|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Fusion Precision Engineering**<br>**200 Rich Street**<br>**Venice, FL 34292**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$7,569.00**

| | |
|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**General Partition**<br>**Company Inc**<br>**PO Box 97**<br>**Croydon, PA 19021**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$9,285.60**

| | |
|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Gosiger Inc.**<br>**PO Box 712288**<br>**Cincinnati, OH 45271**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$15,232.96**

| | |
|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**H&M South**<br>**1926 Spearing St**<br>**Jacksonville, FL 32206**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$4,877.00**

| | |
|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Henry Repeating Arms**<br>**107 W Coleman Street**<br>**Rice Lake, WI 54868**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **4450** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$141,088.88**

| | |
|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Hexagon Manufacturing Intell**<br>**14291 Park Meadow Drive,**<br>**STE. 350**<br>**Chantilly, VA 20151**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **7311** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$3,406.70**

Debtor **Central Florida Firearms, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$134,700.50** |
| | **Insight Global, LLC**<br>**1224 Hammond Drive, STE 1500**<br>**Atlanta, GA 30346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$727,866.71** |
| | **Itria Ventures, LLC**<br>**One Penn Plaza, Ste 4530**<br>**New York, NY 10119** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred  **1/17/2025** | Basis for the claim: **MCA** |
| | Last 4 digits of account number  **9500** | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$13,012.02** |
| | **Jade Sterling Steel**<br>**26400 Richmond Road**<br>**Bedford, OH 44146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$80,000.00** |
| | **John Rodes Industrial**<br>**Park LLC**<br>**626 Old Dixie Highway SW**<br>**Vero Beach, FL 32962** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **2024** | Basis for the claim: **Lease payments (prior location at 600 N. John Rodes Blvd, Bldg D&E, Melbourne, FL)** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$3,189.33** |
| | **KAK Industries**<br>**2241 Celsius Ave, Unit C**<br>**Oxnard, CA 93030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$119,602.21** |
| | **Kirby Circle Warehouse**<br>**Complex, LLC**<br>**626 Old Dixie Hwy SW**<br>**Vero Beach, FL 32962** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **8/1/2025 and 9/1/2025** | Basis for the claim: **Rent** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$538.00** |
| | **Lee Spring Company**<br>**140 58th Street, #3C**<br>**Brooklyn, NY 11220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number  **0784** | Is the claim subject to offset? ■ No  ☐ Yes |

Debtor   **Central Florida Firearms, LLC**
_____   Case number (if known) _____
Name

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,710.00** |
|---|---|---|---|

**Lees Wrecker Service**
**3778 Dixie Hwy NE**
**Palm Bay, FL 32905**

Date(s) debt was incurred _
Last 4 digits of account number  **4954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,300.00** |
|---|---|---|---|

**Leviathan Group LLC**
**2121 N Monroe Street**
**Unit 600**
**Monroe, MI 48162**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,250.00** |
|---|---|---|---|

**Marbles Gun Sights, Inc.**
**420 Industrial Park**
**Gladstone, MI 49837**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74.16** |
|---|---|---|---|

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680**

Date(s) debt was incurred _
Last 4 digits of account number  **8800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,471.40** |
|---|---|---|---|

**Metalloid Corporation**
**1160 White St.**
**Sturgis, MI 49091**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,044.30** |
|---|---|---|---|

**Methods Machine Tools Inc.**
**65 Union Ave**
**Sudbury, MA 01776**

Date(s) debt was incurred _
Last 4 digits of account number  **6327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,833.79** |
|---|---|---|---|

**Micron Manufacturing Co.**
**PO Box 141667**
**Grand Rapids, MI 49504**

Date(s) debt was incurred _
Last 4 digits of account number  **0625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Central Florida Firearms, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** |

**3.57**

**Nonpriority creditor's name and mailing address**
MMC Armory
476 N 1500 W
Orem, UT 84057

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$138,206.41**

---

**3.58**

**Nonpriority creditor's name and mailing address**
MPI
12885 Prosperity Ave
Becker, MN 55308

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,548.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**
Nine Line Apparel
450 Fort Argyle Rd.
Savannah, GA 31419

Date(s) debt was incurred _

Last 4 digits of account number  **6334**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,746.75**

---

**3.60**

**Nonpriority creditor's name and mailing address**
Nomad Defense
1080 Aviation Drive
STE B108
Lake Havasu City, AZ 86404

Date(s) debt was incurred _

Last 4 digits of account number  **1251**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$36,016.30**

---

**3.61**

**Nonpriority creditor's name and mailing address**
NOVO Precision LLC
150 Dolphin Road
Bristol, CT 06010

Date(s) debt was incurred _

Last 4 digits of account number  **IV00**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,064.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**
NSSF The Firearm Industry
Trade Association
1037 Revere Park Drive
Newtown, CT 06470

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,606.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**
OOMDO LLC
1971 Western Ave #240
Albany, NY 12203

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,304.75**

| Debtor | **Central Florida Firearms, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.64** | Nonpriority creditor's name and mailing address
**Pedowitz Machinery Movers**
**1766 Expressway Drive North**
**Hauppauge, NY 11788**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$63,500.00**

---

**3.65** | Nonpriority creditor's name and mailing address
**Premiere Manufacturing LLC**
**1480 Martin Luther**
**King Jr Blvd**
**Sanford, FL 32771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$25,888.00**

---

**3.66** | Nonpriority creditor's name and mailing address
**Priority One Forwarders, INC**
**3419 Trentwood Boulevard**
**Orlando, FL 32812**

Date(s) debt was incurred _

Last 4 digits of account number  **5700**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,075.16**

---

**3.67** | Nonpriority creditor's name and mailing address
**Pure Water Partners**
**123 S 3rd Ave, STE 28**
**Sandpoint, ID 83864**

Date(s) debt was incurred _

Last 4 digits of account number  **8503**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$906.29**

---

**3.68** | Nonpriority creditor's name and mailing address
**Red Dirt USA LLC**
**3505 Lake Lynda Dr Ste 200**
**Orlando, FL 32817**

Date(s) debt was incurred  **7/25/2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Final judgment**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,938.94**

---

**3.69** | Nonpriority creditor's name and mailing address
**Rocket Capital**
**805 Las Cimas Pkwy Ste 350**
**Austin, TX 78746**

Date(s) debt was incurred  **12/17/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset? ☐ No  ☐ Yes

**$215,000.00**

---

**3.70** | Nonpriority creditor's name and mailing address
**Rocket Capital**
**805 Las Cimas Pkwy Ste 350**
**Austin, TX 78746**

Date(s) debt was incurred  **2/25/2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset? ■ No  ☐ Yes

**$919,621.00**

---

Debtor   **Central Florida Firearms, LLC**                                    Case number (if known) _____

Name

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,565.89 |
|---|---|---|---|

**Royal Case Company, Inc**
PO Box 2027
Sherman, TX 75091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,150.69 |
|---|---|---|---|

**Schmid Inside**
930 N Villa Ave
Villa Park, IL 60181

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,860.00 |
|---|---|---|---|

**SCT Manufacturing**
PO BOX 341
Hudson, WI 54016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **LFA**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,283.53 |
|---|---|---|---|

**Shoptech Industrial Software**
PO Box 411110
Boston, MA 02241-1110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,217.00 |
|---|---|---|---|

**SMW Autoblok Corporation**
285 Egidi Drive
Wheeling, IL 60090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **IV02**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,000.49 |
|---|---|---|---|

**South Florida 3D Printing LL**
15110 Garvock Place
Hialeah, FL 33016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,516.04 |
|---|---|---|---|

**Sprout Social**
131 S Dearborn Street
STE. 700
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6366**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Central Florida Firearms, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.78** | **Nonpriority creditor's name and mailing address**
**SPS Commerce, Inc.**
**PO box 205782**
**Dallas, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number  **0640**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$537.13

---

**3.79** | **Nonpriority creditor's name and mailing address**
**Steel City Arsenal, LLC.**
**951 Dow St.**
**Pelham, AL 35124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$771.25

---

**3.80** | **Nonpriority creditor's name and mailing address**
**Summit Steel**
**16750 Hilltop Park Place**
**Chagrin Falls, OH 44023**

Date(s) debt was incurred _

Last 4 digits of account number  **IVE1**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$32,638.13

---

**3.81** | **Nonpriority creditor's name and mailing address**
**Synergy Metal Finishing**
**895 Buffalo Road**
**Titusville, FL 32796**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,718.18

---

**3.82** | **Nonpriority creditor's name and mailing address**
**TForce Freight**
**PO Box 7410804**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number  **0527**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,238.04

---

**3.83** | **Nonpriority creditor's name and mailing address**
**The SolidExperts**
**2005 W Cypress Creek Road**
**Suite 105**
**Fort Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,796.00

---

**3.84** | **Nonpriority creditor's name and mailing address**
**Thermotane Propane**
**414 West 9th Street**
**Sanford, FL 32771**

Date(s) debt was incurred _

Last 4 digits of account number  **9666**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$311.50

---

Debtor   **Central Florida Firearms, LLC**                                    Case number (if known) _____
_____
Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,311.09 |
|---|---|---|---|

**THRIL, Inc**
**6151 A Kellers Church Rd.**
**Pipersville, PA 18947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627.50 |
|---|---|---|---|

**Thunder Tactical LLC**
**501 Kingston Ave.**
**Daytona Beach, FL 32114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,843.19 |
|---|---|---|---|

**Trident Southeast, LLC**
**913 S Us Highway 301**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0710**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,594.15 |
|---|---|---|---|

**ULINE**
**12575 Uline**
**Pleasant Prairie, WI 53158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **7643**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,130.90 |
|---|---|---|---|

**United Protective**
**Technologies, LLC**
**142 Cara Court**
**Locust, NC 28097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,372.15 |
|---|---|---|---|

**UPS**
**55 Glenlake Parkway**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **W081**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,743.89 |
|---|---|---|---|

**Vector Security, Inc.**
**2000 Ericsson Drive**
**Warrendale, PA 15086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **5276**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Central Florida Firearms, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,633.66** |
|---|---|---|---|
| | **Waste Management**<br>**PO BOX 3020**<br>**Monroe, WI 53566-8320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,690.00** |
|---|---|---|---|
| | **Widerman Malek, PL**<br>**1990 W. New Haven Ave. #201**<br>**Melbourne, FL 32904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **0001** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,580.00** |
|---|---|---|---|
| | **Wilson's Gun Shop Inc.**<br>**2452 County Road 719**<br>**Berryville, AR 72616** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,662.80** |
|---|---|---|---|
| | **Wolff Company Gunspringmaker**<br>**P.O. BOX 458**<br>**Newtown Square, PA 19073-0458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **1503** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,901.32** |
|---|---|---|---|
| | **Xtreme Precision LLC**<br>**1424 Gateway Dr Ste B**<br>**Gallatin, TN 37066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Charles A Von Stein**<br>**626 Old Dixie Highway SW**<br>**Vero Beach, FL 32962** | Line  **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CIA Developers**<br>**4320 Woodland Park Dr**<br>**Melbourne, FL 32904** | Line  **3.34**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Central Florida Firearms, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Philip J. Siegel, Esq.**<br>**Hendrick Phillips Salzman &**<br>**Siegel**<br>**230 Peachtree St SW Ste 2500**<br>**Atlanta, GA 30303** | Line __3.24__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **R. Scott Moore, Esq.**<br>**The Soto Law Group**<br>**1430 N. Federal Hwy Ste 200**<br>**Fort Lauderdale, FL 33304** | Line __3.27__<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 565,222.59 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,443,708.28 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,008,930.87 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Central Florida Firearms, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease for premises located at 2725 Kirby Circle, NE, Building 1, Palm  Bay, FL 32905**<br>**55 months** | **Kirby Circle Warehouse Complex, LLC**<br>**c/o Charles A. Von Stein Inc**<br>**626 Old Dixie Hwy SW**<br>**Vero Beach, FL 32962** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease for premises located at 303 Broad Street, Broadway, NC**<br>**month to month** | **Rock Slide USA, LLC**<br>**303 N. Main Street**<br>**Broadway, NC 27505** |

**Fill in this information to identify the case:**

Debtor name     **Central Florida Firearms, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Colby Santaw** | **2725 Kirby Circle Building 1 Palm Bay, FL 32905** | **American  Express** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.2 | **Colby Santaw** | **2725 Kirby Circle Building 1 Palm Bay, FL 32905** | **Rocket Capital** | ☐ D _____<br>■ E/F __3.69__<br>☐ G _____ |
| 2.3 | **Colby Santaw** | **2725 Kirby Circle Building 1 Palm Bay, FL 32905** | **Rocket Capital** | ☐ D _____<br>■ E/F __3.70__<br>☐ G _____ |
| 2.4 | **Colby Santaw** | **2725 Kirby Circle Building 1 Palm Bay, FL 32905** | **Itria Ventures, LLC** | ☐ D _____<br>■ E/F __3.44__<br>☐ G _____ |
| 2.5 | **Colby Santaw** | **2725 Kirby Circle Building 1 Palm Bay, FL 32905** | **Fortune Cookie Park, Inc.** | ☐ D _____<br>■ E/F __3.34__<br>☐ G _____ |

Debtor    **Central Florida Firearms, LLC**                    Case number *(if known)* _____

▮    **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 **Colby Santaw** | 2725 Kirby Circle Building 1 Palm Bay, FL 32905 | **CNC Associates** | ▪ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.7 **Colby Santaw** | 2725 Kirby Circle Building 1 Palm Bay, FL 32905 | **Mitsubishi** | ▪ D __2.15__ ☐ E/F _____ ☐ G _____ |
| 2.8 **Colby Santaw** | 2725 Kirby Circle Building 1 Palm Bay, FL 32905 | **Navitas Credit Corp.** | ▪ D __2.16__ ☐ E/F _____ ☐ G _____ |
| 2.9 **Colby Santaw** | 2725 Kirby Circle Building 1 Palm Bay, FL 32905 | **Amur Equipment Finance** | ▪ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.10 **Colby Santaw** | 2725 Kirby Circle Building 1 Palm Bay, FL 32905 | **U.S. Bank Equipment Finance** | ▪ D __2.18__ ☐ E/F _____ ☐ G _____ |
| 2.11 **Colby Santaw** | 2725 Kirby Circle Building 1 Palm Bay, FL 32905 | **Mitsubishi** | ▪ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.12 **Colby Santaw** | 2725 Kirby Circle Building 1 Palm Bay, FL 32905 | **U.S. Bank Equipment Finance** | ▪ D __2.19__ ☐ E/F _____ ☐ G _____ |
| 2.13 **Colby Santaw** | 2725 Kirby Circle Building 1 Palm Bay, FL 32905 | **U.S. Bank Equipment Finance** | ▪ D __2.20__ ☐ E/F _____ ☐ G _____ |

Debtor   **Central Florida Firearms, LLC**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

**Fill in this information to identify the case:**

Debtor name    **Central Florida Firearms, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$13,910,361.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$14,974,122.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$15,033,516.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Central Florida Firearms, LLC**                          Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Rocket Capital**<br>**805 Las Cimas Pkwy Ste 350**<br>**Austin, TX 78746** | **September 19, 2025**<br>**September 9, 2025**<br>**September 10, 2025**<br>**September 11, 2025**<br>**August 25, 2025**<br>**August 18, 2025**<br>**August 18, 2025**<br>**August 11, 2025**<br>**August 4, 2025**<br>**July 28, 2025**<br>**July 21, 2025**<br>**July 17, 2025**<br>**July 14, 2025**<br>**July 7, 2025**<br>**July 1, 2025**<br>**June 30, 2025** | **$99,386.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA** |
| 3.2. | **U.S. Bank Equipment Finance**<br>**a division of U.S. Bank U.S.**<br>**Bank National Association**<br>**1310 Madrid Street**<br>**Marshall, MN 56258** | **August 4, 2025**<br>**July 14, 2025**<br>**July 15, 2025**<br>**July 7, 2025**<br>**June 16, 2025** | **$25,885.05** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Navitas Credit Corp.**<br>**201 Executive Center Drive**<br>**Ste 100**<br>**Columbia, SC 29210** | **September 19, 2025**<br>**August 18, 2025**<br>**July 16, 2025**<br>**June 16, 2025** | **$19,003.16** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Itria Ventures, LLC**<br>**One Penn Plaza, Ste 4530**<br>**New York, NY 10119** | **September 3, 2025**<br>**September 9, 2025**<br>**August 25, 2025**<br>**August 18, 2025**<br>**August 12, 2025**<br>**August 4, 2025**<br>**July 28, 2025**<br>**July 21, 2025**<br>**July 7, 2025**<br>**June 30, 2025** | **$80,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA** |

Debtor    **Central Florida Firearms, LLC**                                             Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.5. **Mitsubishi** **1 Pierce Place #1100** **Itasca, IL 60143** | **July 1, 2025** **July 7, 2025** **July 7, 2025** | **$19,356.16** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **John Rodes Industrial Park LLC** **626 Old Dixie Highway SW** **Vero Beach, FL 32962** | **June 26, 2025** | **$10,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Lease payment** |
| 3.7. **CNC Associates** **2900 Challenger Place** **Oxnard, CA 93030** | **July 21, 2025** **June 23, 2025** | **$10,773.54** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **Med One Capital Funding LLC** **10712 S. 1300 E.** **Sandy, UT 84094** | **July 31, 2025** **June 30, 2025** **June 10, 2025** | **$4,154.22** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Colby Santaw** **2725 Kirby Circle Building 1** **Palm Bay, FL 32905** **Managing Member** | **9/24 to 9/25** | **$207,900.00** | **Services provided** |
| 4.2. **Richard A. Santaw** **2725 Kirby Circle Building 1** **Palm Bay, FL 32905** **Insider** | **9/24 to 9/25** | **$117,278.66** | **Services provided** |
| 4.3. **Ashton G. Santaw** **2725 Kirby Circle Building 1** **Palm Bay, FL 32905** **Insider** | **9/24 to 9/25** | **$110,700.00** | **Services provided** |

Debtor    **Central Florida Firearms, LLC**                                          Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.  **Paula M. Menard**<br>**63 John Hancock**<br>**32904**<br>**Insider** | **9/24 to 9/25** | **$67,500.00** | **Services provided** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Red Dirt USA LLC**<br>**3505 Lake Lynda Dr Ste 200**<br>**Orlando, FL 32817** | **Garnished bank account**<br>Last 4 digits of account number:  __1498__ | **7/30/25** | **$14,110.75** |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Admiral Metals Servicenter Co. Inc. vs. Central Florida Fairarms, LLC d/b/a Live Free Armory & Colby C. Santaw, Individually as Guarantor**<br>**2525CV216-EF** | **Contract indebtedness** | **Commonwealth of Massachusetts** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.  **Earle M. Jorgensen Company vs. Central Florida Firearms, LLC d/b/a Live Free Armory**<br>**05-2024-CA-052568-XXCA-BC** | **Contract indebtedness** | **Brevard County Circuit Court**<br>**Titusville, FL 32781-0219** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Itria Ventures, LLC vs. Central Florida Firearms, LLC d/b/a/ Live Free Armory; LFA Pro Shop LLC; Live Free Manufacturing LLC; Live Free Supply LLC; Menard's Excavation LLC; Red I Saloon LLC; and Colby Charles Santaw, an individual**<br>**05-2025-CA-031991-XXCA-BC** | **Contract Indebtedness** | **Brevard County Circuit Court**<br>**Titusville, FL 32781-0219** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Central Florida Firearms, LLC**                          Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4.    **Red Dirt USA LLC vs. Central Florida Firearms, LLC d/b/a Live Free Armory**<br>**05-2024-CC-060797-XXCC-BC** | **Contract Indebtedness** | **Brevard County Circuit Court**<br>**Titusville, FL 32781-0219** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.    **Brevard County Sheriff's Office**<br>**700 Park Avenue**<br>**32780** | **rifles** | **11/03/2023** | **$1,628.00** |
| Recipients relationship to debtor<br>**None** | | | |
| 9.2.    **NFIB**<br>**53 Century Blvd.**<br>**Nashville, TN 37214** | **Donation** | **11/03/2023** | **$5,000.00** |
| Recipients relationship to debtor<br>**None** | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Central Florida Firearms, LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BransonLaw, PLLC** **1501 E. Concord Street** **Orlando, FL 32803** | **Attorney Fees** | **9/10/2025 and 9/25/2025** | **$41,393.50** |
| | Email or website address jeff@bransonlaw.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | **680 N. John Rodes Blvd Bldg D & E Melbourne, FL 32934** |
| | **3/2021 to 1/2025** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | **Central Florida Firearms, LLC** | Case number *(if known)* | |

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ☑ Yes. Does the debtor serve as plan administrator?

    - ☐ No Go to Part 10.
    - ☑ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | **Central Florida Firearms 401K Plan (thru Paychex)** | EIN:  **11066957** |

    Has the plan been terminated?
    - ☑ No
    - ☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    - ☑ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    - ☑ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    - ☑ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
    |---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    - ☑ None

---

Debtor    **Central Florida Firearms, LLC** _____    Case number *(if known)* _____

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  |  |  |  |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Johanna Capellan**<br>**PO Box 411483**<br>**Melbourne, FL 32941** | **5/2024 to 3/2025** |
| 26a.2.    **Veronica Rivera**<br>**980 Sparkman Street**<br>**Melbourne, FL 32935** | **9/2024 to 3/2025** |

---

Debtor    **Central Florida Firearms, LLC**    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.3.    **Katie Richards**<br>**1343 Talleyrand Street SE**<br>**Palm Bay, FL 32909** | **4/2019 to 9/2024 -**<br>**4/2025 to Present** |
| 26a.4.    **Ashton Santaw**<br>**2255 Valkana Road**<br>**Malabar, FL 32950** | **2017 to 8/2024 -**<br>**3/2025 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Carr, Riggs & Ingram**<br>**100 N. Main Street**<br>**Enterprise, AL 36330** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Ashton G. Santaw** | **4/30/2025** | |

| Name and address of the person who has possession of inventory records |
|---|
| **Ashton G. Santaw**<br>**2725 Kirby Circle**<br>**Building 1**<br>**Palm Bay, FL 32905** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Colby Santaw** | **2725 Kirby Circle Building 1**<br>**Palm Bay, FL 32905** | **Managing Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Central Florida Firearms, LLC**                    Case number *(if known)* _____

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Colby Santaw<br>2725 Kirby Circle Building 1<br>Palm Bay, FL 32905 | $207,900.00 (salary)<br>$25,903.44 (medical insurance)<br><br>Use of truck vehicle | 9/24 to 9/25 | Services provided |
|  | **Relationship to debtor**<br>Managing Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 26, 2025**

**/s/ Colby Santaw**                                    **Colby Santaw**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### Middle District of Florida

In re    **Central Florida Firearms, LLC**                                          Case No. _____
                                     Debtor(s)                    Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Colby Santaw**<br>**2725 Kirby Circle Building 1**<br>**Palm Bay, FL 32905** | **N/A** | **100** | **Membership interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 26, 2025**                    Signature  **/s/ Colby Santaw**
                                                              **Colby Santaw**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re  **Central Florida Firearms, LLC**

Case No.

Debtor(s)

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 26, 2025**

**/s/ Colby Santaw**

**Colby Santaw/Managing Member**
Signer/Title

Central Florida Firearms, LLC
2725 Kirby Circle
Building 1
Palm Bay, FL 32905

Alternatives For Industry
6720 28th Street Circle
Sarasota, FL 34243

Azure Micro Dynamics, Inc.
19652 Descartes
Foothill Ranch, CA 92610

Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

American Express
P.O. Box 918537
El Paso, TX 79998

Blast & Wash Systems
9401 State Route 21
Wayland, NY 14572

Acclaim Aerospace LLC
95A Freaman Graham Blvd
Eastman, GA 31023-8002

American Tactical Arms LLC
301 W Silver Star Road
Ocoee, FL 34761

Braddock
400 Fentress Blvd.
Daytona Beach, FL 32114

Admiral Metals
11 Forbes Road
Woburn, MA 01801

Amur Equipment Finance
304 W 3rd Street
PO Box 2555
Grand Island, NE 68801

Brevard County Tax Collector
400 South Street
5th Floor
Titusville, FL 32780

AFCO Products Inc.
1030 Commerce Drive
Lake Zurich, IL 60047

Anchor Harvey Components
600 West Lamm Road
Freeport, IL 61032

Bucci Industries
9332 Forsyth Park Drive
Charlotte, NC 28273

Air Centers of Florida
PO Box 919940
Orlando, FL 32891-9940

Angry Bear Arms
PO Box 1182
Salem, MO 65560

Cadence Bank
201 S. Spring St
Tupelo, MS 38804

AIRGAS USA, LLC
200 Willeke Lane
Cocoa, FL 32926

AO Precision
Manufacturing LLC
1870 Mason Ave.
Daytona Beach, FL 32117

Camtech Engineering Services
5954 Rocko Road
Port Orange, FL 32127

Ally Financial
PO Box 130424
Saint Paul, MN 55113-0004

ASAP Onsite Septic & Sewer
2715 Garden Street
Malabar, FL 32950

Cardinal Parts &
Equipment LLC
900 S Hamilton Street
Sheridan, IN 46069

Ally Financial
PO Box 130424
Saint Paul, MN 55113

ATF
99 New York Avenue, NE
Excise Tax
Saint Louis, MO 63179-0353

Carr Riggs & Ingram
7506 Lynx Way STE 201
Melbourne, FL 32940

Charles A Von Stein
626 Old Dixie Highway SW
Vero Beach, FL 32962

Creative Network Innovations
4865 N Wickham Road, STE 102
Melbourne, FL 32940

Fortune Cookie Park, Inc.
One Pierce Place Ste 725W
Itasca, IL 60143

Charles A Von Stein, Inc
626 Old Dixie Highway SW
Vero Beach, FL 32962

Duke Energy
585 S Tyron Street
Charlotte, NC 28202

FREEMAN
1600 Viceroy Drive, STE 100
Dallas, TX 75235

Check-Mate International
370 Wyandanch Avenue
West Babylon, NY 11704

Earle M. Jorgensen Company
10650 Alameda Street
Lynwood, CA 90262

Freightquote.com
901 West Carondelet Drive
Kansas City, MO 64114

CIA Developers
4320 Woodland Park Dr
Melbourne, FL 32904

ECi Software Solutions, Inc.
14800 Frye Road, 2nd Floor
Fort Worth, TX 76155

Fusion Precision Engineering
200 Rich Street
Venice, FL 34292

Clenzoil Unlimited LLC
PO Box 1015
Dade City, FL 33526

Electrodes, Inc
13274 92nd Street North
STE. 202A
Largo, FL 33773

General Partition
Company Inc
PO Box 97
Croydon, PA 19021

CMM Calibration & Services
3419 Lonergan Drive
Rockford, IL 61109

Elite Outdoor Sports
429 Road 6NS
Cody, WY 82414

Gosiger Inc.
PO Box 712288
Cincinnati, OH 45271

CNC Associates
2900 Challenger Place
Oxnard, CA 93030

Fastenal
PO BOX 1286
Winona, MN 55987

H&M South
1926 Spearing St
Jacksonville, FL 32206

Coastal Mechanical Services
394 East Drive
Melbourne, FL 32904

FCBI
100 Rialto Place, STE 900
Melbourne, FL 32901

Henry Repeating Arms
107 W Coleman Street
Rice Lake, WI 54868

Colby Santaw
2725 Kirby Circle Building 1
Palm Bay, FL 32905

Florida Forklift
PO BOX 76054
Tampa, FL 33675

Hexagon Manufacturing Intell
14291 Park Meadow Drive,
STE. 350
Chantilly, VA 20151

Insight Global, LLC
1224 Hammond Drive, STE 1500
Atlanta, GA 30346

Itria Ventures, LLC
One Penn Plaza, Ste 4530
New York, NY 10119

Jade Sterling Steel
26400 Richmond Road
Bedford, OH 44146

John Rodes Industrial
Park LLC
626 Old Dixie Highway SW
Vero Beach, FL 32962

KAK Industries
2241 Celsius Ave, Unit C
Oxnard, CA 93030

Kirby Circle Warehouse
Complex, LLC
626 Old Dixie Hwy SW
Vero Beach, FL 32962

Kirby Circle Warehouse
Complex, LLC
c/o Charles A. Von Stein Inc
626 Old Dixie Hwy SW
Vero Beach, FL 32962

Kubota Credit Corporation
U.S.A.
PO Box 2046
Grapevine, TX 76099

Lee Spring Company
140 58th Street, #3C
Brooklyn, NY 11220

Lees Wrecker Service
3778 Dixie Hwy NE
Palm Bay, FL 32905

Leviathan Group LLC
2121 N Monroe Street
Unit 600
Monroe, MI 48162

Machinery Finance Resources
651 Day Hill Road
Windsor, CT 06095

Marbles Gun Sights, Inc.
420 Industrial Park
Gladstone, MI 49837

McMaster-Carr
PO Box 7690
Chicago, IL 60680

Med One Capital Funding LLC
10712 S. 1300 E.
Sandy, UT 84094

Metalloid Corporation
1160 White St.
Sturgis, MI 49091

Methods Machine Tools Inc.
65 Union Ave
Sudbury, MA 01776

Micron Manufacturing Co.
PO Box 141667
Grand Rapids, MI 49504

Mitsubishi
1 Pierce Place #1100
Itasca, IL 60143

MMC Armory
476 N 1500 W
Orem, UT 84057

MPI
12885 Prosperity Ave
Becker, MN 55308

Navitas Credit Corp.
201 Executive Center Drive
Ste 100
Columbia, SC 29210

Nine Line Apparel
450 Fort Argyle Rd.
Savannah, GA 31419

Nomad Defense
1080 Aviation Drive
STE B108
Lake Havasu City, AZ 86404

NOVO Precision LLC
150 Dolphin Road
Bristol, CT 06010

NSSF The Firearm Industry
Trade Association
1037 Revere Park Drive
Newtown, CT 06470

OOMDO LLC
1971 Western Ave #240
Albany, NY 12203

Pedowitz Machinery Movers
1766 Expressway Drive North
Hauppauge, NY 11788

Royal Case Company, Inc
PO Box 2027
Sherman, TX 75091

Summit Steel
16750 Hilltop Park Place
Chagrin Falls, OH 44023

Philip J. Siegel, Esq.
Hendrick Phillips Salzman &
Siegel
230 Peachtree St SW Ste 2500
Atlanta, GA 30303

Schmid Inside
930 N Villa Ave
Villa Park, IL 60181

Synergy Metal Finishing
895 Buffalo Road
Titusville, FL 32796

Premiere Manufacturing LLC
1480 Martin Luther
King Jr Blvd
Sanford, FL 32771

SCT Manufacturing
PO BOX 341
Hudson, WI 54016

TForce Freight
PO Box 7410804
Chicago, IL 60674

Priority One Forwarders, INC
3419 Trentwood Boulevard
Orlando, FL 32812

Shoptech Industrial Software
PO Box 411110
Boston, MA 02241-1110

The SolidExperts
2005 W Cypress Creek Road
Suite 105
Fort Lauderdale, FL 33309

Pure Water Partners
123 S 3rd Ave, STE 28
Sandpoint, ID 83864

SMW Autoblok Corporation
285 Egidi Drive
Wheeling, IL 60090

Thermotane Propane
414 West 9th Street
Sanford, FL 32771

R. Scott Moore, Esq.
The Soto Law Group
1430 N. Federal Hwy Ste 200
Fort Lauderdale, FL 33304

South Florida 3D Printing LL
15110 Garvock Place
Hialeah, FL 33016

THRIL, Inc
6151 A Kellers Church Rd.
Pipersville, PA 18947

Red Dirt USA LLC
3505 Lake Lynda Dr Ste 200
Orlando, FL 32817

Sprout Social
131 S Dearborn Street
STE. 700
Chicago, IL 60603

Thunder Tactical LLC
501 Kingston Ave.
Daytona Beach, FL 32114

Rock Slide USA, LLC
303 N. Main Street
Broadway, NC 27505

SPS Commerce, Inc.
PO box 205782
Dallas, TX 75320

Trident Southeast, LLC
913 S Us Highway 301
Tampa, FL 33619

Rocket Capital
805 Las Cimas Pkwy Ste 350
Austin, TX 78746

Steel City Arsenal, LLC.
951 Dow St.
Pelham, AL 35124

U.S. Bank Equipment Finance
a division of U.S. Bank U.S.
Bank National Association
1310 Madrid Street
Marshall, MN 56258

ULINE
12575 Uline
Pleasant Prairie, WI 53158


United Protective
Technologies, LLC
142 Cara Court
Locust, NC 28097


UPS
55 Glenlake Parkway
Atlanta, GA 30328


Vector Security, Inc.
2000 Ericsson Drive
Warrendale, PA 15086


Waste Management
PO BOX 3020
Monroe, WI 53566-8320


Widerman Malek, PL
1990 W. New Haven Ave. #201
Melbourne, FL 32904


Wilson's Gun Shop Inc.
2452 County Road 719
Berryville, AR 72616


Wolff Company Gunspringmaker
P.O. BOX 458
Newtown Square, PA 19073-0458


Xtreme Precision LLC
1424 Gateway Dr Ste B
Gallatin, TN 37066