UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

CENTRAL FLORIDA FIREARMS LLC

CASE NO: 6:25-bk-06150-GER

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 62

On 11/26/2025, I did cause a copy of the following documents, described below,

SECOND PRELIMINARY ORDER GRANTING DEBTOR'S MOTION FOR USE OF CASH COLLATERAL ON A CONTINUED BASIS THROUGH DECEMBER 9, 2025; A FURTHER HEARING ON THIS MATTER WILL BE HELD ON DECEMBER 9, 2025 ECF Docket Reference No. 62

Second Preliminary Order Granting Debtor's Motion for Authority to Pay Affiliate and Officer Salaries on a Continued Basis Through December 9, 2025 60

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/26/2025

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth  1049610
Attorney for Debtor
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803
407-894-6834

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:

CENTRAL FLORIDA FIREARMS LLC

CASE NO: 6:25-bk-06150-GER

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 62

On 11/26/2025, a copy of the following documents, described below,

SECOND PRELIMINARY ORDER GRANTING DEBTOR'S MOTION FOR USE OF CASH COLLATERAL ON A CONTINUED BASIS THROUGH DECEMBER 9, 2025; A FURTHER HEARING ON THIS MATTER WILL BE HELD ON DECEMBER 9, 2025 ECF Docket Reference No. 62

Second Preliminary Order Granting Debtor's Motion for Authority to Pay Affiliate and Officer Salaries on a Continued Basis Through December 9, 2025 60

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/26/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL  32803

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
113A6
CASE 6-25-BK-06150-GER
MIDDLE DISTRICT OF FLORIDA
ORLANDO
WED NOV 26 07-56-31 EST 2025

CENTRAL FLORIDA FIREARMS LLC
2725 KIRBY CIRCLE
BUILDING 1
PALM BAY FL 32905-3414

ATF
99 NEW YORK AVENUE NE
EXCISE TAX
SAINT LOUIS MO 63179-0353

ALLY BANK
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

ALTERNATIVES FOR INDUSTRY
6720 28TH STREET CIRCLE
SARASOTA FL 34243-4190

BREVARD COUNTY TAX COLLECTOR
400 SOUTH STREET
5TH FLOOR
TITUSVILLE FL 32780-7698

CADENCE BANK
201 S SPRING ST
TUPELO MS 38804-4811

CHECKMATE INTERNATIONAL
370 WYANDANCH AVENUE
WEST BABYLON NY 11704-1524

CHRISTOPHER R THOMPSON ESQ
BURR  FORMAN LLP
200 S ORANGE AVENUE SUITE 800
ORLANDO FLORIDA 32801-6404

EARLE M JORGENSEN COMPANY
10650 ALAMEDA STREET
LYNWOOD CA 90262-1754

ELITE OUTDOOR SPORTS
429 ROAD 6NS
CODY WY 82414-8826

HENRY REPEATING ARMS
107 W COLEMAN STREET
RICE LAKE WI 54868-2403

INSIGHT GLOBAL LLC
1224 HAMMOND DRIVE STE 1500
ATLANTA GA 30346-1537

ITRIA VENTURES LLC
CO PAUL A HUMBERT
LAW OFFICES OF PAUL A HUMBERT PL
9655 SOUTH DIXIE HWY SUITE 312
MIAMI FL 33156-2858

ITRIA VENTURES LLC
ONE PENN PLAZA STE 4530
NEW YORK NY 10119-4500

JOHN RODES INDUSTRIAL
PARK LLC
626 OLD DIXIE HIGHWAY SW
VERO BEACH FL 32962-4536

KIRBY CIRCLE WAREHOUSE
COMPLEX LLC
626 OLD DIXIE HWY SW
VERO BEACH FL 32962-4536

KYLIE A RIORDAN ESQ
BURR  FORMAN LLP
200 S ORANGE AVENUE SUITE 800
ORLANDO FLORIDA 32801-6404

MMC ARMORY
476 N 1500 W
OREM UT 84057-2829

MATTHEW D BAYLOR
150 2ND AVE N STE 1770
ST PETERSBURG FL 33701-3327

MIDLAND STATES BANK
CO LORIUM LAW
101 NE THIRD AVE SUITE 1800
FT LAUDERDALE FL 33301-1252

MITSUBISHI HC CAPITAL AMERICA INC AS SUCC
CO BRADLEY J ANDERSON ESQ
PO BOX 3000
ORLANDO FL 32802-3000

MITUN MITRA ESQ
KAMINSKI LAW PLLC
PO BOX 1018
SARASOTA FL 34230-1018

(P)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410

PEDOWITZ MACHINERY MOVERS
1766 EXPRESSWAY DRIVE NORTH
HAUPPAUGE NY 11788

ROCK SLIDE USA LLC
303 N MAIN STREET
BROADWAY NC 27505-9509

ROCKET CAPITAL
805 LAS CIMAS PKWY STE 350
AUSTIN TX 78746-6177

```
ROYAL CASE COMPANY INC                  SCOTT D FINK                             US BANK EQUIPMENT FINANCE
PO BOX 2027                             AGENT FOR CREDITOR                       A DIVISION OF US BANK US
SHERMAN TX 75091-2027                   5990 WEST CREEK RD SUITE 200             BANK NATIONAL ASSOCIATION
                                        INDEPENDENCE OH 44131-2191               1310 MADRID STREET
                                                                                 MARSHALL MN 56258-4003


CM/ECF E-SERVICE                        CM/ECF E-SERVICE                         CM/ECF E-SERVICE

UNITED STATES TRUSTEE  ORL +            ERIC B ZWIEBEL +                         SCOTT D FINK +
OFFICE OF THE UNITED STATES TRUSTEE     ERIC B ZWIEBEL PA                        WELTMAN WEINBERG  REIS CO LPA
GEORGE C YOUNG FEDERAL BUILDING         EXECUTIVE COURT AT JACORANDA             5990 WEST CREEK RD
400 WEST WASHINGTON STREET SUITE 1100   7900 PETERS ROAD BUILDING B SUITE 100    SUITE 200
ORLANDO FL 32801-2210                   PLANTATION FL 33324-4045                 INDEPENDENCE OH 44131-2191


CM/ECF E-SERVICE                        CM/ECF E-SERVICE                         CM/ECF E-SERVICE

RONALD S CANTER +                       GEORGE LEO ZINKLER III +                 JEFFREY AINSWORTH +
THE LAW OFFICES OF RONALD S CANTER LLC  RICE PUGATCH ROBINSON STORFER  COHEN     BRANSONLAW PLLC
2200 RESEARCH BLVD                      101 NORTHEAST THIRD AVENUE SUITE 1800    1501 E CONCORD STREET
SUITE 560                               FORT LAUDERDALE FL 33301-1252            ORLANDO FL 32803-5411
ROCKVILLE MD 20850-3515


CM/ECF E-SERVICE                        CM/ECF E-SERVICE                         CM/ECF E-SERVICE

CHRISTOPHER R THOMPSON +                BRADLEY J ANDERSON +                     PAUL A HUMBERT +
BURR  FORMAN LLP                        ZIMMERMAN KISER  SUTCLIFFE PA            LAW OFFICES OF PAUL A HUMBERT PL
200 SOUTH ORANGE AVENUE SUITE 800       POST OFFICE BOX 3000                     9655 SOUTH DIXIE HIGHWAY
ORLANDO FL 32801-6404                   ORLANDO FL 32802-3000                    STE 312
                                                                                 MIAMI FL 33156-2858


CM/ECF E-SERVICE                        CM/ECF E-SERVICE                         CM/ECF E-SERVICE

AUDREY M ALESKOVSKY +                   MATTHEW DEAN BAYLOR +                    MITUN MITRA +
DOJUST                                  ELLISON LAZENBY                          KAMINSKI LAW PLLC
OFFICE OF THE UNITED STATES TRUSTEE     150 2ND AVENUE NORTH SUITE 1770          PO BOX 1018
GEORGE C YOUNG FEDERAL BUILDING AND COU ST PETERSBURG FL 33701-3327              SARASOTA FL 34230-1018
400 WEST WASHINGTON STREET SUITE 1100
ORLANDO FL 32801-2210


CM/ECF E-SERVICE

KYLIE ANN RIORDAN +
BURR  FORMAN LLP
200 S ORANGE AVENUE
SUITE 800
ORLANDO FL 32801-6404
```