[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

**Dated: January 16, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                  Case No. 6:25–bk–06150–GER
                                                                        Chapter 11

Central Florida Firearms, LLC
dba Live Free Armory

_____Debtor*_____/

**ORDER DENYING MOTION TO ALLOW COUNSEL TO APPEAR BY ZOOM AT HEARING SCHEDULED FOR JANUARY 22, 2026 AT 10 AM**

    THIS CASE came on for consideration without a hearing of the **Motion to Allow Counsel to Appear by Zoom at Hearing Scheduled for January 22, 2026 at 10 AM** (Doc. **128** ), filed by **Creditor Highland Capital Corporation** .

    The Court having considered the record, the Motion to Allow Counsel to Appear by Zoom at Hearing Scheduled for January 22, 2026 at 10 AM is Denied .

    The Motion is denied to the extent Highland Capital Corporation plans on proceeding with its Motion for Relief from Automatic Stay, or in the Alternative, Motion to Compel Payment of Adequate Protection (Doc. No. 66) at the January 22 hearing.

    The Court in its discretion may file written findings of facts and conclusions of law at a later date.

    Service Instructions:

    Attorney Ronald Canter is directed to serve a copy of this order on interested non–CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.